**YUANJIE DU, Plaintiff-Appellee,**

v.

**Christopher Sean MCCARTHY, Defendant-Appellant.**

**No. 17-1660**

United States Court of Appeals, Fourth Circuit.

Submitted: February 1, 2018

Decided: February 9, 2018

Christopher Sean McCarthy, Appellant Pro Se. Yuanjie Du, Appellee Pro Se.

Before TRAXLER, DUNCAN, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Christopher Sean McCarthy appeals the magistrate judge's orders * granting judgment to his former wife, Yuanjie Du, in her civil action in which she sought enforcement of a Form I-864 Affidavit of Support. *See* 8 U.S.C. §§ 1182(a)(4)(C)(ii), 1183a(a)(1) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *Yuanjie Du v. McCarthy,* No. 2:14-cv-00100-MJA (N.D.W. Va. May 9, 2017 & June 20, 2017). We deny Du's motion to seal the record.

* The parties consented to the jurisdiction of the magistrate judge under 28 U.S.C. § 636(c)(1)

*See* 4th Cir. R. 25(c)(2). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*